AMIN WASSERMAN GURNANI, LLP
George Spatz (*pro hac vice*)
230 W. Monroe, Suite 1405
Chicago, IL 60606
Tel: (312) 784-1062
gspatz@awglaw.com

AMIN WASSERMAN GURNANI, LLP
Cole Kroshus, Bar No. 345790
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel: (213) 933-2330
ckroshus@awglaw.com

Attorneys for Defendant Cento Fine Foods, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE ANDRICH and NATALIE GIANNE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTO FINE FOODS, INC.<br><br>Defendant. | Case No.: 3:26-CV-04012-JD<br><br>**DEFENDANT CENTO FINE FOODS, INC.'S RESPONSE AND PARTIAL OPPOSITION TO ADMINISTRATIVE MOTION**<br><br>Judge: The Honorable James Donato<br>Location: Courtroom 11 |

## MEMORANDUM

Defendant Cento Fine Foods, Inc. writes in partial opposition to Plaintiffs' Administrative Motion to Appear Remotely at November 5, 2026 CMC and Motion to Dismiss Hearing, or Alternatively, to Continue the Hearing to November 12 or December 10, 2026. Dkt. No. 22. As mentioned in the motion, Defendant does not oppose Plaintiffs' request to allow their counsel to appear remotely at the November 5, 2026 CMC and Motion to Dismiss Hearing. Defendant' counsel, however, informed Plaintiffs' counsel that he was not available for argument on the alternative proposed dates of November 12, 2026 and December 10, 2026. Counsel for Defendant has previously-planned travel that will make an ability to travel for the November 12, 2026 date difficult. Counsel must be in Chicago on December 10, 2026 for his firm's annual in-person partners' meeting.

WHEREFORE, Defendant does not oppose Plaintiffs' counsel's request to appear at the November 5, 2025 hearing remotely, but does oppose the alternative relief requested to reschedule the hearing for November 12, 2026 or December 10, 2026.

Dated: September 29, 2026

**AMIN WASSERMAN GURNANI, LLP**

**/s/ *George Spatz***
George Spatz

*Attorneys for Defendant Cento Fine Foods, Inc.*

**CERTIFICATE OF SERVICE**
(United States District Court)

I hereby certify that on the 29th day of September, 2026, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

***/s/ George Spatz***
George Spatz